Gary M. Messing, No. 075363
Jason H Jasmine, No. 215757
James W. Henderson, Jr. No. 071170
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA  95814
Telephone:     916.446.5297
Facsimile:      916.446.4487
Email:            gmessing@cbmlaw.com
                     jjasmine@cbmlaw.com
                     jhenderson@cbmlaw.com

Attorneys for Plaintiffs
HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>Defendants. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANT'S HEARING ON MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE SECTIONS 12(b)(1) AND 12(b)(6)**<br><br>Date: July 18, 2011<br>Time: 1:30 p.m.<br>Room: 2<br>Judge: Hon. Anthony W. Ishii |

On June 14, 2011, the Defendants City of Hanford, Hilary Straus, Dan Chin, Sue Sorensen, Jim Irwin, Lou Martinez, Joleen Jameson (hereinafter "Defendants") filed a Motion to Dismiss the Complaint in this action.  The hearing on that Motion was set for July 18, 2011.

1  Due to the unavailability of Plaintiffs' counsel on that date, counsel for the
2  Plaintiffs and Defendants have agreed to continue the hearing date on that Motion from
3  July 18, 2011 at 1:30 p.m. to August 8, 2011 at 1:30 p.m. in Courtroom 2.
4  The parties hereby request that the Court issue the attached order rescheduling
5  the hearing on that Motion.

7  I hereby agree to the terms of the above stipulation.

9  Dated:  June 23, 2011                           CARROLL, BURDICK & MCDONOUGH LLP

11                                                    By     /s/ Jason H. Jasmine
                                                     Attorneys for Plaintiffs HANFORD
12                                                   EXECUTIVE MANAGEMENT EMPLOYEE
                                                     ASSOCIATION, CATHY CAIN, LOUIS
13                                                   CAMARA, GEORGE THOMAS DIBBLE,
                                                     TIMOTHY IERONIMO, MARY ROSE
14                                                   LINDSAY, CARLOS MESTAS, SCOTT
                                                     YEAGER

17  I hereby agree to the terms of the above stipulation.

19  Dated:  June 24, 2011                           GRISWOLD, LASALLE, COBB, DOWD & GIN LLP

21                                                    By     /s/ Mario U. Zamora
                                                     Attorneys for Defendants CITY OF HANFORD,
22                                                   HILARY STRAUS, DAN CHIN, SUE
                                                     SORENSEN, JIM IRWIN, LOU MARTINEZ, and
23                                                   JOLEEN JAMESON

CBM-SAC\SA092623.2                          -2-

**STIPULATION AND ORDER CONTINUING DEFENDANTS' HEARING ON MOTION TO DISMISS**

# **ORDER**

The parties having so stipulated and good cause appearing, the Court hereby orders that the hearing on the Defendants' Motion to Dismiss the Complaint is continued from July 18, 2011 to August 8, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   June 29, 2011                    _____
                                          CHIEF UNITED STATES DISTRICT JUDGE