IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF HANFORD, et al.,<br><br>　　　　　　Defendants. | 1:11-CV-00828 AWI DLB<br><br>ORDER VACATING AUGUST 8, 2011 HEARING DATE AND TAKING MATTERS UNDER SUBMISSION |

　　　Currently pending before this Court are Defendants' motion to dismiss and Plaintiffs' motion for preliminary injunction. These motions are set for hearing on August 8, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 8, 2011, is VACATED, and the parties shall not appear at that time. As of August 8, 2011, the Court will take these matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　August 3, 2011

CHIEF UNITED STATES DISTRICT JUDGE