Gary M. Messing, No. 075363
Jason H Jasmine, No. 215757
James W. Henderson, Jr. No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA 95814
Telephone: 916.446.5297
Facsimile: 916.446.4487
Email: gmessing@cbmlaw.com
jjasmine@cbmlaw.com
jhenderson@cbmlaw.com

Attorneys for Plaintiffs
HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>Defendants. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**<br><br>Date: August 23, 2011<br>Time: 9:00 a.m.<br>Courtroom: 9<br>Judge: Magistrate Judge Dennis L. Beck |
|---|---|

CBM-SAC\SA093706.3                          1

**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**

The Federal Rule of Civil Procedure 26(f) Status Conference is presently scheduled for August 23, 2011 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck. However, the Court has pending before it the Defendants' Motion to Dismiss the Complaint and the Plaintiffs' Motion for Issuance of a Preliminary Injunction. Because these Motions may have a bearing on how the parties proceed further in this case, the parties hereby stipulate and agree to an Order continuing the FRCP 26(f) Status Conference at least sixty (60) days.

I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

Dated: August 15, 2011               CARROLL, BURDICK & McDONOUGH LLP


                                     By    /s/ Jason H. Jasmine
                                     Attorneys for Plaintiffs HANFORD
                                     EXECUTIVE MANAGEMENT EMPLOYEE
                                     ASSOCIATION, CATHY CAIN, LOUIS
                                     CAMARA, GEORGE THOMAS DIBBLE,
                                     TIMOTHY IERONIMO, MARY ROSE
                                     LINDSAY, CARLOS MESTAS, SCOTT
                                     YEAGER

I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

Dated: August 15, 2011               GRISWOLD, LaSALLE, COBB, DOWD & GIN LLP


                                     By    /s/ Mario U. Zamora
                                     Attorneys for Defendants CITY OF HANFORD,
                                     HILARY STRAUS, DAN CHIN, SUE
                                     SORENSEN, JIM IRWIN, LOU MARTINEZ, and
                                     JOLEEN JAMESON

## **ORDER**

The parties having so stipulated and good cause appearing therefore, the Court hereby orders that the FRCP 26(f) Status Conference scheduled for August 23, 2011 at 9:00 a.m. in Courtroom 9 is hereby vacated and the conference is continued to October 26, 2011 at 9:00 a.m. in Courtroom 9. The parties shall serve a Joint Status Report not later than October 19, 2011.

IT IS SO ORDERED.

Dated:  **August 22, 2011**              /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE