ROBERT M. DOWD, #070685
RAYMOND L. CARLSON, #138043
MARIO U. ZAMORA, #258721
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Ph.: (559) 584-6656
Fax: (559) 582-3106

Attorneys for Defendants CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>        Defendants. | Case No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**<br><br>Date: December 13, 2011<br>Time: 9:00 a.m.<br>Courtroom: 9<br>Judge: Magistrate Judge Dennis L. Beck |

///
///
///
///
///
///
///

1

**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**

The Federal Rule of Civil Procedure 26(f) Status Conference is presently scheduled for December 13, 2011 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck. However, pursuant to the Court's November 17, 2011 ruling on Defendants' Motion to Dismiss the Complaint and the Plaintiffs' Motion for Issuance of a Preliminary Injunction, Plaintiffs have until December 8, 2011 to file an Amended Complaint, with Defendants' response due fourteen (14) days after the Amended Complaint is filed.  It is understood by the parties that Plaintiffs intend to file a Motion to Extend the 21 Day Deadline to File an Amended Complaint in order to file with the Court a Motion for Reconsideration.  Because these Motions may have a bearing on how the parties proceed further in this case, the parties hereby stipulate and agree to an Order continuing the FRCP 26(f) Status Conference at least ninety (90) days.

I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

Dated: November 30, 2011         GRISWOLD, LaSALLE, COBB, DOWD & GIN  LLP

By    /s/  Mario U. Zamora
Attorneys for Defendants CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, and JOLEEN JAMESON

I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

Dated: November 30, 2011         CARROLL, BURDICK & McDONOUGH LLP

By    /s/  Jason H. Jasmine
Attorneys for Plaintiffs HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER

**ORDER**

The parties, having so stipulated and good cause appearing therefore, the Court hereby orders that the FRCP 26(f) Status Conference scheduled for December 13, 2011 at 9:00 a.m. in Courtroom 9 is hereby vacated and the conference is continued to March 14, 2012 at 9:00 a.m. in Courtroom 9. The parties shall file a Joint Status Report not later than March 7, 2012.

IT IS SO ORDERED.

Dated:   **December 1, 2011**              /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LASALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

3

**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**