**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON,<br><br>Defendants. | 1:11-cv-00828-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 13, 2012 AND TAKING MATTER UNDER SUBMISSION |

Plaintiffs Hanford Executive Management Employee Association et al. have filed a motion for reconsideration of the Court's November 17, 2011 order granting in part and denying in part the motion of Defendants City of Hanford et al. to dismiss the complaint and denying Plaintiffs' motion for a preliminary injunction. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of February 13, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter

1  under submission and thereafter issue its decision.

2  IT IS SO ORDERED.

3

4  Dated:     February 6, 2012                              /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE