Gary M. Messing, No. 075363
Jason H Jasmine, No. 215757
James W. Henderson, Jr. No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA  95814
Telephone: 916.446.5297
Facsimile: 916.446.4487
Email: gmessing@cbmlaw.com
jjasmine@cbmlaw.com
jhenderson@cbmlaw.com

Attorneys for Plaintiffs
HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>Defendants. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**<br><br>Date: March 14, 2012<br>Time: 9:00 a.m.<br>Courtroom: 9<br>Judge: Magistrate Judge Dennis L. Beck |

CBM-SAC\SA096741                                   1

**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**

1  The Federal Rule of Civil Procedure 26(f) Status Conference is presently scheduled
2  for March 14, 2012 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.
3  However, the Court decided Plaintiffs' Motion to Reconsider on February 23, 2012 and
4  Plaintiffs' Amended Complaint is not due until March 15, 2012.  Further, the time for
5  Plaintiffs' to appeal the Court's denial of their Motion for Issuance of Preliminary
6  Injunction has not yet run and that decision will have a bearing on how the parties proceed
7  further in this case, the parties hereby stipulate and agree to an Order continuing the FRCP
8  26(f) Status Conference at least sixty (60) days.

10  I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

12  Dated: March 6, 2012                    CARROLL, BURDICK & McDONOUGH LLP

14                                          By      /s/ Jason H. Jasmine
                                            Attorneys for Plaintiffs HANFORD
15                                          EXECUTIVE MANAGEMENT EMPLOYEE
                                            ASSOCIATION, CATHY CAIN, LOUIS
16                                          CAMARA, GEORGE THOMAS DIBBLE,
                                            TIMOTHY IERONIMO, MARY ROSE
17                                          LINDSAY, CARLOS MESTAS, SCOTT
                                            YEAGER

19  I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

20  Dated: March 6, 2012                    GRISWOLD, LaSALLE, COBB, DOWD & GIN LLP

23                                          By      /s/ Mario U. Zamora
                                            Attorneys for Defendants CITY OF HANFORD,
                                            HILARY STRAUS, DAN CHIN, SUE
24                                          SORENSEN, JIM IRWIN, LOU MARTINEZ, and
                                            JOLEEN JAMESON

CBM-SAC\SA096741                    2

**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**

**ORDER**

The parties having so stipulated and good cause appearing therefore, the Court hereby orders that the FRCP 26(f) Status Conference scheduled for March 14, 2012 at 9:00 a.m. in Courtroom 9 is hereby vacated and the conference is continued to May 21, 2012 at 9:30 a.m. in Courtroom 9. The parties shall serve a Joint Status Report one week prior.

IT IS SO ORDERED.

Dated: **March 6, 2012**          /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE

CBM-SAC\SA096741                             3

**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**