Gary M. Messing, No. 075363
Jason H Jasmine, No. 215757
James W. Henderson, Jr. No. 071170
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
1007 7th Street, Suite 200
Sacramento, CA  95814
Telephone:      916.446.5297
Facsimile:      916.446.4487
Email:          gmessing@cbmlaw.com
                jjasmine@cbmlaw.com
                jhenderson@cbmlaw.com

Attorneys for Plaintiffs
HANFORD EXECUTIVE MANAGEMENT EMPLOYEE
ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>Defendants. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING FRCP 26(F) STATUS CONFERENCE**<br><br>Date: March 14, 2012<br>Time: 9:00 a.m.<br>Courtroom: 9<br>Judge: Magistrate Judge Dennis L. Beck |

1

The Federal Rule of Civil Procedure 26(f) Status Conference is presently scheduled for March 14, 2012 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck. However, the Court decided Plaintiffs' Motion to Reconsider on February 23, 2012 and Plaintiffs' Amended Complaint is not due until March 15, 2012.  Further, the time for Plaintiffs' to appeal the Court's denial of their Motion for Issuance of Preliminary Injunction has not yet run and that decision will have a bearing on how the parties proceed further in this case, the parties hereby stipulate and agree to an Order continuing the FRCP 26(f) Status Conference at least sixty (60) days.

I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

Dated: March 6, 2012                    CARROLL, BURDICK & McDONOUGH LLP


                                        By      /s/ Jason H. Jasmine
                                        Attorneys for Plaintiffs HANFORD
                                        EXECUTIVE MANAGEMENT EMPLOYEE
                                        ASSOCIATION, CATHY CAIN, LOUIS
                                        CAMARA, GEORGE THOMAS DIBBLE,
                                        TIMOTHY IERONIMO, MARY ROSE
                                        LINDSAY, CARLOS MESTAS, SCOTT
                                        YEAGER

I hereby agree to the continuance of the FRCP 26(f) Status Conference as set forth above.

Dated: March 6, 2012                    GRISWOLD, LaSALLE, COBB, DOWD & GIN LLP


                                        By      /s/ Mario U. Zamora
                                        Attorneys for Defendants CITY OF HANFORD,
                                        HILARY STRAUS, DAN CHIN, SUE
                                        SORENSEN, JIM IRWIN, LOU MARTINEZ, and
                                        JOLEEN JAMESON

1

## <u>ORDER</u>

2

3       The parties having so stipulated and good cause appearing therefore, the Court

4  hereby orders that the FRCP 26(f) Status Conference scheduled for March 14, 2012 at

5  9:00 a.m. in Courtroom 9 is hereby vacated and the conference is continued to May 21,

6  2012 at 9:30 a.m. in Courtroom 9. The parties shall serve a Joint Status Report one week

7  prior.

8

9  IT IS SO ORDERED.

10    Dated:   **March 6, 2012**              /s/ *Dennis L. Beck*

11                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28