**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HANFORD et al., <br><br> Defendants. | 1:11-cv-00828-AWI-DLB <br><br> ORDER VACATING HEARING DATE OF APRIL 30, 2012 AND TAKING MATTER UNDER SUBMISSION |

Defendants City of Hanford et al. have filed a motion for sanctions against plaintiffs Hanford Executive Management Employee Association et al. pursuant to Federal Rule of Civil Procedure 11. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The previously scheduled hearing date of April 30, 2012 is hereby VACATED, and the parties shall not appear. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE