IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION et al., <br><br>            Plaintiffs, <br><br>     v. <br><br> CITY OF HANFORD et al., <br><br>            Defendants. | 1:11-cv-00828-AWI-DLB <br><br> ORDER VACATING HEARING DATE OF MAY 14, 2012 AND TAKING MATTER UNDER SUBMISSION |

Defendants City of Hanford et al. have filed a motion to dismiss the first amended complaint of plaintiffs Hanford Executive Management Employee Association et al. pursuant to Federal Rule of Civil Procedure 12(b)(6), set for hearing on May 14, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of May 14, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 7, 2012                                                    _____
                                                                                         CHIEF UNITED STATES DISTRICT JUDGE