Gary M. Messing, No. 075363
Jason H Jasmine, No. 215757
James W. Henderson, Jr. No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, CA  95814
Telephone:  916.446.5297
Facsimile:  916.448.5047
Email:  gmessing@cbmlaw.com
jjasmine@cbmlaw.com
jhenderson@cbmlaw.com

Attorneys for Plaintiffs
HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>Defendants. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING FRCP 16 SCHEDULING CONFERENCE**<br><br>Date: July 16, 2012<br>Time: 9:30 a.m.<br>Courtroom: 9<br>Judge:  Magistrate Judge Dennis L. Beck |

CBM-SAC\SA098227                           1

**STIPULATION AND ORDER CONTINUING FRCP 16 SCHEDULING CONFERENCE**

The Federal Rule of Civil Procedure 16 Scheduling Conference is presently scheduled for July 16, 2012 at 9:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck. However, the Court decided Plaintiffs' Motion to Dismiss on June 12, 2012 and Plaintiffs' Second Amended Complaint is not due until July 12, 2012. The parties hereby stipulate and agree to an Order continuing the FRCP 16 Scheduling Conference at least sixty (60) days.

I hereby agree to the continuance of the FRCP 16 Scheduling Conference as set forth above.

Dated: July 5, 2012                    CARROLL, BURDICK & MCDONOUGH LLP

                                       By    /s/ Jason H. Jasmine
                                       Attorneys for Plaintiffs HANFORD
                                       EXECUTIVE MANAGEMENT EMPLOYEE
                                       ASSOCIATION, CATHY CAIN, LOUIS
                                       CAMARA, GEORGE THOMAS DIBBLE,
                                       TIMOTHY IERONIMO, MARY ROSE
                                       LINDSAY, CARLOS MESTAS, SCOTT
                                       YEAGER

I hereby agree to the continuance of the FRCP 16 Scheduling Conference as set forth above.

Dated: July 5, 2012                    GRISWOLD, LASALLE, COBB, DOWD & GIN LLP

                                       By    /s/ Mario U. Zamora
                                       Attorneys for Defendants CITY OF HANFORD,
                                       HILARY STRAUS, DAN CHIN, SUE
                                       SORENSEN, JIM IRWIN, LOU MARTINEZ, and
                                       JOLEEN JAMESON

CBM-SAC\SA098227                              2

**STIPULATION AND ORDER CONTINUING FRCP 16 SCHEDULING CONFERENCE**

## **ORDER**

The parties having so stipulated and good cause appearing therefore, the Court hereby orders that the FRCP 16 Scheduling Conference scheduled for July 16, 2012 at 9:30 a.m. in Courtroom 9 is hereby vacated and the conference is continued to September 27, 2012 at 9:30 a.m. in Courtroom 9.  The parties shall serve a Joint Scheduling Report not later than September 20, 2012.

IT IS SO ORDERED.

Dated:   **July 12, 2012**                      /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE