1  Gary M. Messing, No. 075363
2  Jason H Jasmine, No. 215757
   James W. Henderson, Jr. No. 071170
3  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
4  980 9th Street, Suite 380
   Sacramento, CA 95814
5  Telephone: 916.446.5297
   Facsimile: 916.448.5047
6  Email:  gmessing@cbmlaw.com
            jjasmine@cbmlaw.com
7           jhenderson@cbmlaw.com

8  Attorneys for Plaintiffs
   HANFORD EXECUTIVE MANAGEMENT EMPLOYEE
9  ASSOCIATION, et al.

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON<br><br>Defendants. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER CONTINUING FRCP 16 SCHEDULING CONFERENCE**<br><br>Date: July 16, 2012<br>Time: 9:30 a.m.<br>Courtroom: 9<br>Judge: Magistrate Judge Dennis L. Beck |

CBM-SAC\SA098227                    1

**STIPULATION AND ORDER CONTINUING FRCP 16 SCHEDULING CONFERENCE**

The Federal Rule of Civil Procedure 16 Scheduling Conference is presently scheduled for July 16, 2012 at 9:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.  However, the Court decided Plaintiffs' Motion to Dismiss on June 12, 2012 and Plaintiffs' Second Amended Complaint is not due until July 12, 2012.  The parties hereby stipulate and agree to an Order continuing the FRCP 16 Scheduling Conference at least sixty (60) days.

I hereby agree to the continuance of the FRCP 16 Scheduling Conference as set forth above.

Dated: July 5, 2012                    CARROLL, BURDICK & MCDONOUGH LLP

By     /s/ Jason H. Jasmine
Attorneys for Plaintiffs HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER

I hereby agree to the continuance of the FRCP 16 Scheduling Conference as set forth above.

Dated: July 5, 2012                    GRISWOLD, LASALLE, COBB, DOWD & GIN LLP

By     /s/ Mario U. Zamora
Attorneys for Defendants CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, and JOLEEN JAMESON

# ORDER

The parties having so stipulated and good cause appearing therefore, the Court hereby orders that the FRCP 16 Scheduling Conference scheduled for July 16, 2012 at 9:30 a.m. in Courtroom 9 is hereby vacated and the conference is continued to September 27, 2012 at 9:30 a.m. in Courtroom 9. The parties shall serve a Joint Scheduling Report not later than September 20, 2012.

IT IS SO ORDERED.

Dated:   **July 12, 2012**              /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE

CBM-SAC\SA098227                              3

**STIPULATION AND ORDER CONTINUING FRCP 16 SCHEDULING CONFERENCE**