1 | Gary M. Messing, No. 075363
2 | James W. Henderson, Jr., No. 071170
  | Jason H Jasmine, No. 215757
  | Gonzalo C. Martinez, No. 231724
3 | **CARROLL, BURDICK & McDONOUGH** LLP
  | Attorneys at Law
4 | 980 9th Street, Suite 380
  | Sacramento, CA  95814
5 | Telephone:    916.446.5297
  | Facsimile:    916.448.5047
6 | Email:        gmessing@cbmlaw.com
  |              jhenderson@cbmlaw.com
7 |              jjasmine@cbmlaw.com
  |              gmartinez@cbmlaw.com
8 |
  | Attorneys for Plaintiffs
9 | Hanford Executive Management Employee Association,
  | Cathy Cain, Louis Camara, George Thomas Dibble, Timothy
10 | Ieronimo, Mary Rose Lindsay, Carlos Mestas, Scott Yeager

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 HANFORD EXECUTIVE MANAGEMENT EMPLOYEE | No. 1:11-cv-00828-AWI-DLB |
| 15 ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE | **STIPULATION AND ORDER REGARDING** |
| 16 THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, | **SUBSTITUTION OF JOHN CAIN AS SUCCESSOR IN INTEREST TO PLAINTIFF** |
| 17 CARLOS MESTAS, SCOTT YEAGER, | **CATHY CAIN, DECEASED** |
| 18 | |
| 19                 Plaintiff, | |
| 20         v. | |
| 21 CITY OF HANDFORD, HILARY STRAUS, DAN CHIN, SUE | |
| 22 SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON, | |
| 23                 Defendant. | |
| 24 | |

25                          **STIPULATION**

26         1.    Cathy Cain (the "Decedent"), one of the Plaintiffs in this action died in

27 Hanford, California on June 12, 2012.

28         2.    The Decedent was survived by her husband, John Cain.

3.     Given his status as her husband, John Cain is entitled to be substituted for the Decedent in the pending action.

4.     There is no proceeding pending in California for the administration of the Estate of Cathy Cain.

5.     John Cain has filed a Declaration that he is the Decedent's successor in interest pursuant to California Code Civ. Proc. § 377.32.  A true and correct copy of that Declaration is attached hereto as Exhibit 1.

6.     The parties have recognized that, in the interest of judicial economy, the substitution of John Cain in place of the Decedent is appropriate without the need of a formal motion.  Accordingly, it is hereby stipulated and agreed by the parties that the Court can issue an order substituting John Cain for the Decedent in this action with respect to Decedent's interests in this litigation.

I hereby agree to the terms of the above stipulation.

Dated: August 1, 2012                    CARROLL, BURDICK & McDONOUGH LLP


By      /s/ James W. Henderson, Jr.
Attorneys for Plaintiffs Hanford Executive
Management Employee Association, Cathy Cain,
Louis Camara, George Thomas Dibble, Timothy
Ieronimo, Mary Rose Lindsay, Carlos Mestas,
Scott Yeager


I hereby agree to the terms of the above stipulation.

Dated: August 1, 2012                    GRISWOLD, LaSALLE, COBB, DOWD & GIN LLP


By      /s/ Mario U. Zamora
Attorneys For Defendants City Of Hanford, Hilary
Straus, Dan Chin, Sue Sorensen, Jim Irwin, Lou
Martinez, And Joleen Jameson

CBM-SAC\SA098376.5                            2

**STIPULATION AND ORDER (NO. 1:11-CV-00828-AWI-DLB)**

1

## **ORDER**

2        The parties having so stipulated and good cause appearing therefore, the Court

3  hereby orders that John Cain is hereby substituted as successor in interest to the interest of

4  Plaintiff Cathy Cain, deceased.  John Cain shall file a Notice of Substitution.  Said

5  substitution shall not change the caption of this lawsuit and Defendants shall not be

6  required to file any pleading in response to the Notice.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on August 1, 2012, a copy of the foregoing was

3  electronically filed using the CM/ECF system, which will automatically send e-mail

4  notification of such filing to all attorneys of record who are deemed to have consented to

5  electronic service:

6             Robert M. Dowd          dowd@griswoldlasalle.com

7             Mario Unser Zamora     zamora@griswoldlasalle.com

8

9

10                           /s/ Lacy A. Monserrat
                            Lacy A. Monserrat

11

12

13

14

15

16  IT IS SO ORDERED.

17

18      Dated:   **August 2, 2012**            /s/ *Dennis L. Beck*
                                 UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA098376.5               4

STIPULATION AND ORDER (NO. 1:11-CV-00828-AWI-DLB)