Gary M. Messing, No. 075363
James W. Henderson, Jr., No. 071170
Jason H Jasmine, No. 215757
Gonzalo C. Martinez, No. 231724
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, CA  95814
Telephone:    916.446.5297
Facsimile:    916.448.5047
Email:    gmessing@cbmlaw.com
          jhenderson@cbmlaw.com
          jjasmine@cbmlaw.com
          gmartinez@cbmlaw.com

Attorneys for Plaintiffs
Hanford Executive Management Employee Association,
Cathy Cain, Louis Camara, George Thomas Dibble, Timothy
Ieronimo, Mary Rose Lindsay, Carlos Mestas, Scott Yeager

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HANDFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON,<br><br>Defendant. | No. 1:11-cv-00828-AWI-DLB<br><br>**STIPULATION AND ORDER REGARDING SUBSTITUTION OF JOHN CAIN AS SUCCESSOR IN INTEREST TO PLAINTIFF CATHY CAIN, DECEASED** |

## **STIPULATION**

1. Cathy Cain (the "Decedent"), one of the Plaintiffs in this action died in Hanford, California on June 12, 2012.

2. The Decedent was survived by her husband, John Cain.

3. Given his status as her husband, John Cain is entitled to be substituted for the Decedent in the pending action.

4. There is no proceeding pending in California for the administration of the Estate of Cathy Cain.

5. John Cain has filed a Declaration that he is the Decedent's successor in interest pursuant to California Code Civ. Proc. § 377.32. A true and correct copy of that Declaration is attached hereto as Exhibit 1.

6. The parties have recognized that, in the interest of judicial economy, the substitution of John Cain in place of the Decedent is appropriate without the need of a formal motion. Accordingly, it is hereby stipulated and agreed by the parties that the Court can issue an order substituting John Cain for the Decedent in this action with respect to Decedent's interests in this litigation.

I hereby agree to the terms of the above stipulation.

Dated: August 1, 2012          CARROLL, BURDICK & McDONOUGH LLP


By   /s/ James W. Henderson, Jr.
Attorneys for Plaintiffs Hanford Executive Management Employee Association, Cathy Cain, Louis Camara, George Thomas Dibble, Timothy Ieronimo, Mary Rose Lindsay, Carlos Mestas, Scott Yeager

I hereby agree to the terms of the above stipulation.

Dated: August 1, 2012          GRISWOLD, LaSALLE, COBB, DOWD & GIN LLP


By   /s/ Mario U. Zamora
Attorneys For Defendants City Of Hanford, Hilary Straus, Dan Chin, Sue Sorensen, Jim Irwin, Lou Martinez, And Joleen Jameson

# **ORDER**

The parties having so stipulated and good cause appearing therefore, the Court hereby orders that John Cain is hereby substituted as successor in interest to the interest of Plaintiff Cathy Cain, deceased.  John Cain shall file a Notice of Substitution.  Said substitution shall not change the caption of this lawsuit and Defendants shall not be required to file any pleading in response to the Notice.

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record who are deemed to have consented to electronic service:

| | |
|---|---|
| Robert M. Dowd | dowd@griswoldlasalle.com |
| Mario Unser Zamora | zamora@griswoldlasalle.com |

                                       /s/ Lacy A. Monserrat
                                       Lacy A. Monserrat

IT IS SO ORDERED.

Dated:   **August 2, 2012**                   /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE