**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION et al., <br><br>            Plaintiffs, <br><br>    v. <br><br> CITY OF HANFORD et al., <br><br>            Defendants. | 1:11-cv-00828-AWI-SAB <br><br> ORDER VACATING HEARING DATE OF MAY 20, 2013 AND TAKING MATTER UNDER SUBMISSION <br><br> (Doc. 85) |

Plaintiffs Hanford Executive Management Employee Association et al. have filed a motion for partial summary judgment (i.e., summary adjudication), set for hearing on May 20, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). Accordingly, the previously scheduled hearing date of May 20, 2013 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 14, 2013

SENIOR DISTRICT JUDGE