# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HANFORD et al., <br><br> Defendants. | 1:11-cv-00828-AWI-SAB <br><br> ORDER VACATING HEARING DATE OF JUNE 17, 2013 AND TAKING MATTER UNDER SUBMISSION <br><br> (Doc. 88) |

Defendants City of Hanford et al. have filed a motion for summary judgment, set for hearing on June 17, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The hearing date of June 17, 2013 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 11, 2013

SENIOR DISTRICT JUDGE