# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF HANFORD, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00828-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME<br><br>ECF NO. 108 |

    On October 4, 2013, the parties in this action filed a stipulation for an extension of time for Defendants to submit a privilege log relating to certain discovery documents. In accordance with the parties stipulation,

    IT IS HEREBY ORDERED that Defendants shall have until noon on Wednesday, October 9, 2013 to provide a privilege log related to Scott Nelson's investigation.

IT IS SO ORDERED.

Dated: **October 7, 2013**

UNITED STATES MAGISTRATE JUDGE

1