| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HANFORD, et al., <br><br> Defendants. | Case No.  1:11-cv-00828-AWI-SAB <br><br> ORDER RE STIPULATION TO EXTEND TIME <br><br> ECF NO. 108 |

  On October 4, 2013, the parties in this action filed a stipulation for an extension of time for Defendants to submit a privilege log relating to certain discovery documents.  In accordance with the parties stipulation,

  IT IS HEREBY ORDERED that Defendants shall have until noon on Wednesday, October 9, 2013 to provide a privilege log related to Scott Nelson's investigation.

IT IS SO ORDERED.

Dated:   **October 7, 2013**

               UNITED STATES MAGISTRATE JUDGE