# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF HANFORD et al.,**<br><br>Defendants. | **CASE NO. 1:11-CV- 00828-AWI-SAB**<br><br>**ORDER VACATING HEARING** |

Defendant's Motion for Summary Adjudication as to Plaintiffs' Second and Fifth Causes of Action has been set for hearing in this case on December 16, 2013 at 1:30 p.m.. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 16, 2013, is VACATED, and the parties shall not appear at that time.  As of December 16, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 11, 2013                            _____
                                                                                SENIOR  DISTRICT  JUDGE