1  James W. Henderson, Jr., Bar No. 071170
   jhenderson@cbmlaw.com
2  Gary M. Messing, Bar No. 075363
   gmessing@cbmlaw.com
3  Jason H Jasmine, Bar No. 215757
   jjasmine@cbmlaw.com
4  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
5  980 9th Street, Suite 380
   Sacramento, California 95814
6  Telephone:    916.446.5297
   Facsimile:    916.448.5047
7
   Attorneys for HANFORD EXECUTIVE
8  MANAGEMENT EMPLOYEE ASSOCIATION,
   CATHY CAIN, LOUIS CAMARA, GEORGE
9  THOMAS DIBBLE, TIMOTHY IERONIMO,
   MARY ROSE LINDSAY, CARLOS MESTAS,
10 SCOTT YEAGER

11              UNITED STATES DISTRICT COURT

12        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

13

| | |
|---|---|
| 14  HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY 15 CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, 16 MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER, 17 Plaintiffs, 18 v. 19 CITY OF HANFORD, HILARY STRAUS, 20 DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON, 21 Defendants. 22 | Case No. 1:11-CV-00828-AWI-SAB **STIPULATION AND ORDER TAKING TRIAL OFF CALENDAR** Judge:   Hon. Anthony W. Ishii Date:    April 1, 2014 Time:    8:30 a.m. Crtrm.:  2 Trial Date:          April 1, 2014 |

23        Counsel for the Plaintiffs and Defendants wish to advise the Court that a settlement has

24 been reached subject to finalization of the terms and approval by the Hanford City Council.

25 Accordingly, the parties hereby stipulate and request that the Court order the trial of this action,

26 presently scheduled to commence on April 1, 2014, off calendar.

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

1    DATED: March 25, 2014            Respectfully submitted,

2                                     CARROLL, BURDICK & McDONOUGH LLP

3

4                                     By:
                                          /s/ James W. Henderson, Jr.
5                                         James W. Henderson, Jr.
                                          Attorneys for HANFORD EXECUTIVE
6                                         MANAGEMENT EMPLOYEE ASSOCIATION,
                                          CATHY CAIN, LOUIS CAMARA, GEORGE
7                                         THOMAS DIBBLE, TIMOTHY IERONIMO,
                                          MARY ROSE LINDSAY, CARLOS MESTAS,
8                                         SCOTT YEAGER

9

10   DATED: March 25, 2014            Respectfully submitted,

11                                    GRISWOLD, LASALLE, COBB, DOWD & GIN LLP

12

13                                    By:
                                          /s/ Robert M. Dowd
14                                        Robert M. Dowd
                                          Attorneys for CITY OF HANFORD, HILARY
15                                        STRAUS, DAN CHIN, SUE SORENSEN, JIM
                                          IRWIN, LOU MARTINEZ, JOLEEN JAMESON

16

17                                        **ORDER**

18

19   IT IS SO ORDERED.

20   Dated:   March 25, 2014

21                                        SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA200003-1                        -2-              Case No. 1:11-CV-00828-AWI-SAB
                        STIPULATION AND ORDER TAKING TRIAL OFF CALENDAR