# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF HANFORD, et al.,<br><br>    Defendants. | Case No.  1:11-cv-00828-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 160)<br><br>DEADLINE:  MAY 9, 2014 |

On March 25, 2014, the parties filed a stipulation to vacate the trial in this action as they have reached settlement.  Accordingly, the parties are HEREBY ORDERED to file dispositional documents on or before May 9, 2014.

IT IS SO ORDERED.

Dated:   **March 26, 2014**

_____
UNITED STATES MAGISTRATE JUDGE

1