James W. Henderson, Jr., Bar No. 071170
  jhenderson@cbmlaw.com
Gary M. Messing, Bar No. 075363
  gmessing@cbmlaw.com
Jason H Jasmine, Bar No. 215757
  jjasmine@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:     916.448.5047

Attorneys for HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON,<br><br>          Defendants. | Case No. 1:11-CV-00828-AWI-SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIVE PLEADING**<br><br><br>Trial Date:           April 1, 2014 |

The parties have previously notified the Court that they had reached a settlement of this action. The Court vacated the trial date and ordered that a dispositive pleading be filed by May 9, 2014.

The parties wish to advise the Court that a settlement agreement has been prepared and that they are in the process of obtaining and exchanging signatures of the various parties (there are a total of 16 signatories to the Agreement). The parties estimate that all procedures necessary to

finalize the settlement will be completed within the next two weeks.  Accordingly, the parties hereby stipulate and request that the Court extend the time for filing a dispositive pleading (it is anticipated that the parties will submit a Stipulation and Order of Dismissal) from May 9, 2014 to May 23, 2014.

Dated:  May 9, 2014              Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP


By   /s/ James W. Henderson, Jr.
     James W. Henderson, Jr.
     Attorneys for HANFORD EXECUTIVE
     MANAGEMENT EMPLOYEE ASSOCIATION,
     CATHY CAIN, LOUIS CAMARA, GEORGE
     THOMAS DIBBLE, TIMOTHY IERONIMO,
     MARY ROSE LINDSAY, CARLOS MESTAS,
     SCOTT YEAGER

Dated:  May 9, 2014              Respectfully submitted,

GRISWOLD, LASALLE, COBB, DOWD & GIN LLP


By   /s/ Mario U. Zamora
     Mario U. Zamora
     Attorneys for DEFENDANTS

**ORDER**

The parties having stipulated and good cause appearing, the time for the parties to submit a dispositive pleading is hereby extended to May 23, 2014.

IT IS SO ORDERED.

Dated:  May 9, 2014             _____
                                 SENIOR  DISTRICT  JUDGE