James W. Henderson, Jr., Bar No. 071170
  jhenderson@cbmlaw.com
Gary M. Messing, Bar No. 075363
  gmessing@cbmlaw.com
Jason H Jasmine, Bar No. 215757
  jjasmine@cbmlaw.com
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:    916.448.5047

Attorneys for HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, CATHY CAIN, LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS, SCOTT YEAGER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ, JOLEEN JAMESON,<br><br>Defendants. | Case No. 1:11-CV-00828-AWI-SAB<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Trial Date:           April 1, 2014 |

IT IS HEREBY STIPULATED and agreed by Plaintiffs HANFORD EXECUTIVE MANAGEMENT EMPLOYEE ASSOCIATION, JOHN CAIN (as Successor in Interest to Plaintiff CATHY CAIN, Deceased), LOUIS CAMARA, GEORGE THOMAS DIBBLE, TIMOTHY IERONIMO, MARY ROSE LINDSAY, CARLOS MESTAS and SCOTT YEAGER ("Plaintiffs") and Defendants CITY OF HANFORD, HILARY STRAUS, DAN CHIN, SUE SORENSEN, JIM IRWIN, LOU MARTINEZ and JOLEEN JAMESON ("Defendants") as follows:

1. That Plaintiffs agree to dismiss the above-entitled action with prejudice as to all Defendants; and

2. Plaintiffs and Defendants agree to bear their own attorney's fees and costs incurred in this action.

DATED: May 23, 2014                Respectfully submitted,

                                   CARROLL, BURDICK & McDONOUGH LLP
                                   Attorneys at Law


                                   By:
                                       /s/ James W. Henderson, Jr.
                                       James W. Henderson, Jr.
                                       Attorneys for HANFORD EXECUTIVE
                                       MANAGEMENT EMPLOYEE ASSOCIATION,
                                       JOHN CAIN (as Successor in Interest to Plaintiff
                                       CATHY CAIN, Deceased), LOUIS CAMARA,
                                       GEORGE THOMAS DIBBLE, TIMOTHY
                                       IERONIMO, MARY ROSE LINDSAY, CARLOS
                                       MESTAS, SCOTT YEAGER

DATED: May 23, 2014                Respectfully submitted,

                                   GRISWOLD, LASALLE, COBB, DOWD & GIN LLP


                                   By:
                                       /s/ Mario U. Zamora
                                       Mario U. Zamora
                                       Attorneys for CITY OF HANFORD, HILARY
                                       STRAUS, DAN CHIN, SUE SORENSEN, JIM
                                       IRWIN, LOU MARTINEZ, JOLEEN JAMESON

**ORDER**

Pursuant to the Stipulation for Dismissal filed on May 23, 2014 by Plaintiffs and Defendants, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   May 27, 2014                               _____
                                                                      SENIOR DISTRICT JUDGE